IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL B. LAWSON,

      Plaintiff,

v.                                           4:07cv259-WS

CAPTAIN LUKE, et al.,

      Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 63) docketed December 9, 2008.  The magistrate judge recommends that the defendants' motions to dismiss and/or for summary judgment be granted.  The plaintiff has filed no objections to the report and recommendation.

      The court having considered the record, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 63) is ADOPTED and incorporated by reference into this order.

      2.  The defendants' motions to dismiss and/or for summary judgment (docs. 40, 41, & 59) are GRANTED.

3. The plaintiff's complaint and this action are DISMISSED with prejudice for failure to exhaust, for failure to state a claim, and for filing false and malicious allegations.

4. The clerk shall enter judgment of dismissal, noting on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE AND ORDERED this   13th   day of   January  , 2009.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE